## George C. Johnson, Defendant in Error, v. John E. Kurzenknabe, Plaintiff in Error.

### Gen. No. 18,330. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS J. ROBINSON, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 15, 1913.

### Statement of the Case.

Action by George C. Johnson against John E. Kurzenknabe for damages for breach of warranty. From a judgment for plaintiff, defendant brings error.

ELBERT C. FERGUSON, for plaintiff in error.

GEORGE C. JOHNSON, *pro se.*

MR. JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

1. BROKER, § 62*—*when commissions are forfeited.* The rule that a broker may not recover a commission where he has been secretly acting for the buyer while ostensibly acting for the seller does not apply where the seller is informed that the broker is acting for the buyer and the element of bad faith on the part of the broker is lacking.

2. EVIDENCE, § 457*—*when properly excluded.* The exclusion of evidence given at former trial is not improper when such evidence relates to immaterial matters.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.